ACCEPTED
01-15-00124-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/19/2015 6:55:50 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00124-CV

| | | |
|---|---|---|
| **SUNBELT RENTALS, INC.** | § | **IN THE 1ˢᵗ COURT OF APPEALS** |
| | § | |
| **VS.** | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| | § | |
| **SOUTHWEST PIPE** | § | 2/19/2015 6:55:50 PM |
| **SERVICES, INC. AND** | § | |
| **JOE BRIERS** | § | CHRISTOPHER A. PRINE<br>Clerk |

### DEFENDANTS', SOUTHWEST PIPE SERVICES, INC. AND JOE BRIERS PAYMENT OF APPEAL FEE

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Defendants, Southwest Pipe Services, Inc and Joe Briers, and files

this their Notice of Payment of Fees.

Respectfully submitted,

**JASON A. POWERS, ATTORNEY**

_____

**Jason A. Powers**
SBOT 24027745
PO Box 272425
Houston, Texas 77277
Tele: (832) 647-8493
Fax: (832) 415-0593
jason@jasonapowers.com

ATTORNEY FOR DEFENDANTS

### CERTIFICATE OF SERVICE

This is to certify that on February 19, 2015, a true and correct copy of the foregoing instrument has been sent to all counsel of record in accordance with the Texas Rules of Civil Procedure.

**Jason A. Powers**